**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus FLORES–MANCERA, Defendant—Appellant.**

No. 09–30026.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

George Breitsameter, Assistant U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff-Appellee.

John Robert Kormanik, Kormanik Hallam & Sneed LLP, Meridian, ID, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Jesus Flores–Mancera appeals from the 24–month sentence imposed following his guilty plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Flores–Mancera contends that the district court unreasonably applied the sentencing factors listed in 18 U.S.C. § 3553(a), thereby rendering his sentence

substantively unreasonable. A review of the record demonstrates that the judge considered many of the § 3553 factors and that given the totality of the circumstances, Flores–Mancera's sentence is reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

